UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ESPINOZA,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>B. BIRKHOLZ,<br><br>Warden,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-02867-SSC<br><br>JUDGMENT |

It is the judgment of this Court that this case is DISMISSED with prejudice consistent with this Court's Memorandum and Order.

DATED: August 25, 2025

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE